**FILED**

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0104

_____

IN RE THE MARRIAGE OF:

AIMEE J. TIMMONS,

      Petitioner and Appellee,

  and

PATRICK J. TIMMONS,

      Respondent and Appellant.

_____

O R D E R

The record was filed for purposes of this appeal on March 27, 2020. Nothing further has been filed, and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 1, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to Appellant Patrick J. Timmons and to all counsel of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020